# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DARIUS CHAVEZ WOODIE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0357

_____

February 6, 2026

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Blair Allen, Public Defender, and Maureen E. Surber, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Nicole Rochelle Smith, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.